198 So. 162

## Dave LEMONS v. STATE.

### 6 Div. 734.

Supreme Court of Alabama.

Oct. 10, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for petitioner.

Wright & Smith, of Fayette, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lemons v. State, 29 Ala.App. 484, 198 So. 162.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

198 So. 153

## Sally (alias Sallie) WALLS v. STATE.

### 8 Div. 70.

Supreme Court of Alabama.

Oct. 10, 1940.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., for petitioner.

Brickell & Johnston, of Huntsville, opposed.

GARDNER, Chief Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Walls v. State, 29 Ala.App. 466, 198 So. 151.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.

198 So. 156

## Will TAYLOR v. STATE.

### 3 Div. 321.

Supreme Court of Alabama.

Oct. 10, 1940.

Miles S. Hall and Norman T. Spann, both of Montgomery, for the motion.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Will Taylor for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Taylor v. State, 29 Ala.App. 446, 198 So. 156.

Writ denied.

GARDNER, C. J., and BROWN and KNIGHT, JJ., concur.